UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  20-00835
Kawania Smith  )
)  Chapter: 13
)
)  Honorable David D. Cleary
)
)
Debtor(s)  )

## Order Confirming Plan

The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 24, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter:

*signature: David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  March 30, 2020